MELVIN MORSE v. ATLANTIC EMPLOYERS
INSURANCE COMPANY, ET AL.

February 27, 1987.

Petition for certification denied.

IN THE MATTER OF MARY PAGAN.

February 27, 1987.

Petition for certification denied.

OCEAN PINES, LTD. v. BOROUGH OF POINT PLEASANT.

February 27, 1987.

Petition for certification granted.   (See 213 *N.J.Super.* 351)